KELLY M. EDWARDS AND DEMARIS L. EDWARDS, T/D/B/A LAKEVIEW ON THE LAKE; LEO E. GEHRES, AGNES C. GEHRES AND JAMES A. GEHRES, T/D/B/A VERNONDALE MOTEL; MAHA LAXMI, INC., T/D/B/A TRAVELODGE; MARP, LLC, T/D/B/A BEST WESTERN PARADISE LOUNGE, INC., T/D/B/A THE FLAMINGO MOTEL; RIVIERA MOTEL, INC., T/D/B/A RIVIERA; SCOTT'S COURT-PEACH, INC., T/D/B/A COURTYARD BY MARRIOTT AND AMBASSADOR BANQUET AND CONFERENCE CENTER, ERIE, PENNSYLVANIA; SCOTT'S EXPRESS-PEACH, INC., T/D/B/A HOLIDAY INN EXPRESS, ERIE, PENNSYLVANIA; SCOTT'S I-90, INC., T/D/B/A DAYS INN, ERIE, PENNSYLVANIA; SCOTT'S INN-19, INC., T/D/B/A COMFORT INN, ERIE PENNSYLVANIA; SCOTT'S ECONO INN, INC., T/D/B/A ECONO LODGE, ERIE, PENNSYLVANIA; SCOTT'S DEVELOPMENT CO., INC., T/D/B/A RESIDENCE INN BY MARRIOTT, ERIE, PENNSYLVANIA; SCOTT'S M6 ERIE, INC., T/D/B/A MOTEL 6, ERIE, PENNSYLVANIA; THOMAS PHILLIPS, DONNA PHILLIPS, TAMMY SANFILIPPO AND GAILE PHILLIPS-SMITH, T/D/B/A THE GOLDEN TRIANGLE MOTEL, ERIE, PENNSYLVANIA, Petitioners
v.
COUNTY OF ERIE, PENNSYLVANIA; CITY OF ERIE, PENNSYLVANIA; ERIE COUNTY CONVENTION CENTER AUTHORITY, Respondents.
No. 532 WAL 2007.
Supreme Court of Pennsylvania, Western District.
Decided: June 5, 2008.

ORDER
PER CURIAM
AND NOW, this 5th June 2008, the Petition for Allowance of Appeal is DENIED.